AO 470 (8/85) Order of Temporary Detention

# United States District Court

EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 13 2005 ★
BROOKLYN OFFICE

UNITED STATES OF AMERICA
V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Joseph Prestia
_Defendant_

Case Number: 05cr842 (ARR)

Upon motion of the __Deft.__, it is ORDERED that a detention hearing is set for __12/16/05__ * at __12pm__
                                        _Date_                                    _Time_

before __Mag Levy__
_Name of Judicial Officer_

BROOKLYN, NEW YORK
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
_Other Custodial Official_

12/13/05                                         s/Robert Levy
_Date_                                            _Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.